| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>A-1 Plank & Scaffold Mfg, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 48-114261 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

Street Address of Debtor (No. and Street, City, and State)
500 Commerce Parkway
Hays, KS
ZIPCODE 67601

Street Address of Joint Debtor (No. and Street, City, and State
ZIPCODE

County of Residence or of the Principal Place of Business:
Ellis

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIPCODE

Mailing Address of Joint Debtor (if different from street address):
ZIPCODE

Location of Principal Assets of Business Debtor (if different from street address above):
ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check **one** box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☑ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in
11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
Manufacturing

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for
Recognition of a Foreign
Main Proceeding
☐ Chapter 15 Petition for
Recognition of a Foreign
Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer
debts, defined in 11 U.S.C.
§101(8) as "incurred by an
individual primarily for a
personal, family, or household
purpose."
☑ Debts are primarily
business debts

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only)   Must attach
signed application for the court's consideration certifying that the debtor is unable
to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).   Must
attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**          **Chapter 11 Debtors**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)
**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts
owed to insiders or affiliates) are less than $2,190,000
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes**
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or
more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> A-1 Plank & Scaffold Mfg, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  NONE | Case Number: | Date Filed: |
| Location <br> Where Filed:  N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____ <br>   Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | A-1 Plank & Scaffold Mfg, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   (Date)

### Signature of Attorney*

X   /s/ Edward J. Nazar
_____
   Signature of Attorney for Debtor(s)

EDWARD J. NAZAR 09845
   Printed Name of Attorney for Debtor(s)

Redmond & Nazar, L.L.P.
   Firm Name

245 N. Waco, Suite 402
   Address

Wichita, KS 67202-1117
_____

316-262-8361   ebn1@redmondnazar.com
   Telephone Number       e-mail

2/21/2010
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Dwight Allenbaugh
_____
   Signature of Authorized Individual

DWIGHT ALLENBAUGH
   Printed Name of Authorized Individual

President
   Title of Authorized Individual

2/21/2010
   Date

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   A-1 Plank & Scaffold Mfg, Inc. ,
                    Debtor

Case No. _____

Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| John D. & Marcelyn K. Allenbaugh 3707 Fairway Hays, KS 67601 | | | | 2,500,000 Collateral FMV 0 |
| Eastern China Trading, Inc. 3135 Kashiwa St. Torrance, CA 90505 | | | Disputed | 1,078,543 |
| Western Extrusions Corp 1735 Sandy Lake Road Carrollton, TX 75006 | | | | 493,161 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Maxam Industries, Inc.
1901 Mason Hill Dr.
Suite A.
Alexandria, VA 22307

Disputed — 363,308

John Dale Allenbaugh
3707 Fairway
Hays, KS 67601

347,531
Collateral FMV
0

Sanhe Yanjiao Ienovo
Technologies Co LTD
Eastern Ring Road
Yanjiao New
Developing Zone
Sanhe City, P.R.
China 065201

322,343

Searing Industries
P.O. Box 3059
Rancho Cucamonga,
GA 91730

299,698

WTI Building
Products
No 8 Mei Ya Road
Boahua Economic
Develp. Zone
Jurong, Zhejiang, P.R.
China
211415

236,726

Cheryl A. Allenbaugh
1600 W. 29th
Hays, KS 67601

134,439

John D. & Marcelyn
K. Allenbaugh
3707 Fairway
Hays, KS 67601

105,000
Collateral FMV
0

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33442 -

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|-----|-----|-----|-----|-----|
| Asia Tech-GBS<br>932 W. 34th St.<br>Houston, TX 77018 | | | | 104,570 |
| Metal Engineering Corp<br>4 Melanie Dr. Unit 11A<br>Brampton, Ontario<br>Canada LGT 469 | | | Disputed | 104,080 |
| Liaoning Xingye Import & Export<br>1811 Room, B Tower, Manhattan Tower<br>No. 101 Youhao Road<br>Zhong Shan Dist,<br>Dalian, China | | | Disputed | 94,400 |
| Allenbaugh Family Limited Partnership<br>500 Commerce Parkway<br>Hays, KS 67601 | | | | 60,000 |
| Kel-West<br>3396 Sexsmith Road<br>Kelowna, BC<br>V1X7S5  Canada | | | | 58,875 |
| Hanrison Scaffold Inc.<br>560 S. Melrose St.<br>Placentia, CA 92870 | | | | 58,450 |
| Cutters Machine<br>2240 B.E. 8th<br>Hays, KS 67601 | | | | 44,814 |
| Wood Products Direct<br>9525 Lee Blvd<br>Leawood, KS 66206 | | | | 29,413 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745  -  33342 -

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Jennifer Allenbaugh
2734 Thunderbird
Drive
Hays, KS 67601                                                                                      23,800

Fastenal Company
P.O. Box 978
Winona, MN
55987-0978                                                                                           21,954

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [a member or an authorized agent of the partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date     2/21/2010

Signature     /s/ Dwight Allenbaugh

DWIGHT ALLENBAUGH,
President

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc.                          Case No. _____
      **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re   A-1 Plank & Scaffold Mfg, Inc.            Case No. _____

                 **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of the West Checking Acct # 8444 <br> Balance as of 02/19/2010 <br> A-1 Plank & Scaffold MFG., Inc. | | 50 |
| | | Golden Belt Bank Money Market Acct # 2939 <br> Balance as of 02/19/2010 <br> A-1 Plank & Scaffold MFG., Inc. | | 786 |
| | | Bank of America Checking Acct# 3905 <br> Balance as of 02/19/2010 <br> A-1 Plank & Scaffold MFG., Inc. | | 30 |
| | | Sunflower Bank Checking Acct# 2742 <br> Balance as of 2/19/2010 <br> A-1 Plank & Scaffold MFG., Inc. | | 1 |
| | | Sunflower Checking Acct# 5938 <br> Balance as of 02/19/2010 <br> A-1 Plank & Scaffold MFG., Inc. | | 1 |
| | | Sunflower Checking Acct# 6818 <br> Balance as of 2/19/2010 <br> A-1 Plank & Scaffold MFG., Inc. | | 1 |
| | | Sunflower Checking Acct# 5892 <br> Balance as of 2/19/2010 <br> A-1 Plank & Scaffold MFG., Inc. | | 1 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re   A-1 Plank & Scaffold Mfg, Inc.        Case No. _____
               **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Sunflower Sweep Acct# 6818<br>Balance as of 01/31/2010<br>A-1 Plank & Scaffold MFG., Inc. | | 0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Prudential Policy # V1185096 - Cheryl A. Allenbaugh<br>Owner of Policy - A-1 Plank & Scaffold Mfg. inc. | | 0 |
| | | Prudential Policy # 38474328 - George E. Feaster<br>Owner of Policy - A-1 Plank & Scaffold Mfg. inc. | | 0 |
| | | Prudential Policy #V1185100 Dwight A. Allenbaugh<br>Owner of Policy - A-1 Plank & Scaffold Mfg. inc. | | 0 |
| | | Prudential Policy #V1185103 - Dwight A. Allenbaugh<br>Owner of Policy - A-1 Plank & Scaffold Mfg. inc. | | 0 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg. Inc.                     Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Prudential Policy # V1185102 - Jennifer L. Allenbaugh Owner of Policy - A-1 Plank & Scaffold Mfg. inc. | | 0 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Archway Insurance aka; Kenisington Management Group | | 227,216 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivables - See Attached List Employee Advance Receivables | | 666,035 11,486 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Load Trail Single Axle Trailer | | 2,500 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re    A-1 Plank & Scaffold Mfg, Inc.                          Case No. _____
_____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | VIN# 4ZEHH101221147827 | | |
| | | 1998 Home Flatbed Trailer<br>VIN# KS118251<br>Debtor's Estimate | | 500 |
| | | 1995 Ford Explorer<br>Vin# 1FMDU34X8SZ001427<br>Debtor's Estimate<br>300K Miles<br>Not Running | | 350 |
| | | 2000 Lincoln Towncar<br>VIN# 1LNHM83W4YY796797<br>Debtor's Estimate | | 4,450 |
| | | 2003 Ford Excursion<br>VIN# 1FMNU45S33EB12838<br>Debtor's Estimate | | 5,725 |
| | | 1999 GMC Yukon<br>VIN# 1GKEK13R7XJ751895<br>Debtor's Estimate | | 3,400 |
| | | 1995 Ford California Truck<br>VIN# 1FTHX26GXSKC26617<br>Debtor's Estimate | | 500 |
| | | 2002 Ford F350 Flat Bed<br>VIN# 1FDWF36F22EB01256<br>Debtor's Estimate | | 2,500 |
| | | 2000 Dodge 15 Passenger Van<br>VIN# 2B5WB35Z9YK127300<br>Debtor's Estimate | | 675 |
| | | 2008 Ford F250 Pick Up | | 16,575 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re   A-1 Plank & Scaffold Mfg, Inc.                                    Case No. _____
              **Debtor**                                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Vin# 1FTSW21Y98EE21575<br>Debtor's Estimate | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment<br>See Below<br>#29 | | 0 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Major Machinery & Equipment & Office Equipment<br>Liquidation Appraisal performed by<br>Duckwall & Company, Inc. | | 271,395 |
| 30. Inventory. | | Lumber, Scaffold, Tabla, Finished Goods, Rental Inv.<br>Liquidation Appraisal performed by<br>Duckwall & Company, Inc. | | 444,715 |
| | | Scaffold Inventory - California<br>Liquidation Appraisal performed by<br>Duckwall & Company, Inc. | | 72,722 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached        Total    $    1,731,614

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re   A-1 Plank & Scaffold Mfg, Inc.                              Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                         $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re _____A-1 Plank & Scaffold Mfg, Inc._____,    Case No. _____

          **Debtor**                                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allenbaugh Family Limited Partnership<br>500 Commerce Parkway<br>Salina, KS 67601 | | | Incurred: 12/31/08<br>Loan to A-1 Plank & Scaffold Mfg.<br>furniture, fixtures, equipment, receivables<br><br>VALUE $      300,000 | | | | 300,000 | 0 |
| ACCOUNT NO.<br><br>Allenbaugh Family Limited Partnership<br>500 Commerce Parkway<br>Salina, KS 67601 | | | Incurred: 09/28/09<br>Loan to A-1 Plank & Scaffold Mfg.<br>furniture, fixtures, equipment, receivables<br><br>VALUE $      200,000 | | | | 200,000 | 0 |
| ACCOUNT NO.<br><br>Ford Motor Credit<br>National Bankruptcy Service Center<br>P.O. Box 537901<br>Livonia, MI 48153-7901 | | | Incurred: 6/11/2008<br>Security: 2008 Ford F250<br><br><br><br>VALUE $      16,575 | | | | 20,149 | 3,574 |

  __2__ continuation sheets attached

| | Subtotal ▶<br>(Total of this page) | $ 520,149 | $ 3,574 |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re ___A-1 Plank & Scaffold Mfg. Inc._____,     Case No. _____
               **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John D. & Marcelyn K. Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | | | Incurred: 09/29/09<br>Loan to A-1 Plank & Scaffold Mfg.<br>furniture, fixtures, equipment, receivables<br><br>VALUE $          105,000 | | | | 105,000 | 105,000<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>John D. & Marcelyn K. Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | | | Incurred: 8/01/2007<br>Loan to A-1 Plank & Scaffold Mfg.<br>furniture, fixtures, equipment, receivables<br><br>VALUE $          2,500,000 | | | | 2,500,000 | 2,500,000<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>John Dale Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | | | Loan to A-1 Plank & Scaffold Mfg.<br>furniture, fixtures, equipment, receivables<br><br>VALUE $          347,531 | | | | 347,531 | 347,531<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 1400021296<br><br>Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 | | | Incurred: 01/13/2010<br>Credit Limit $5,500,000.00<br>A-1 Plank & Scaffold MFG INc.<br><br>VALUE $          3,653,687 | | | | 3,653,687 | 0 |
| ACCOUNT NO.<br><br>Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 | | | Incurred: 8/30/07<br>Security: Equipment<br><br>VALUE $          68,637 | | | | 68,637 | 0 |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)     $   6,674,855     $

Total(s)
(Use only on last page)     $                   $

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

**In re**   A-1 Plank & Scaffold Mfg, Inc.          ,        **Case No.** _____

        **Debtor**                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sunflower Bank, NA <br> 2090 S. Ohio <br> Salina, KS 67402-0800 | | | Incurred: 08/04/09 <br> Security: Insurance Note <br><br> VALUE $     280,608 | | | | 280,608 | 0 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $    280,608 | $    0 |
| Total(s) (Use only on last page) | $   7,475,612 | $   2,956,105 |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re ___A-1 Plank & Scaffold Mfg, Inc._____,     Case No._____
                    Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

**B6E (Official Form 6E) (12/07) - Cont.**

In re A-1 Plank & Scaffold Mfg, Inc.
_____,        Case No._____
                          Debtor                                                    (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

            3
___ **continuation sheets attached**

In re ___A-1 Plank & Scaffold Mfg, Inc._____,        Case No. _____
          **Debtor**                                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John Richardson <br> 2591 Old Winter Garden Rd. <br> Orlando, FL 32805 | | | | | | | 2,812 | 2,812 | 0 |
| ACCOUNT NO. <br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 2,812 | $ 2,812 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re A-1 Plank & Scaffold Mfg, Inc. _____ ,     Case No. _____

Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Comptroller of Public Accounts P.O. Box 149355 Austin, TX 78714-9355 | | | Incurred: 1/20/2010 Texas Sales Tax | | | | 14,622 | 14,622 | 0 |
| ACCOUNT NO. Ellis County Treasuer Office P.O. Box 520 Hays, KS 67601 | | | Personal Property Tax | | | | 5,700 | 0 | 5,700 |
| ACCOUNT NO. Ellis County Treasuer Office P.O. Box 520 Hays, KS 67601 | | | Real Property Tax Auto Tags | | | | 1,305 | 1,305 | 0 |
| ACCOUNT NO. Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257-0531 | | | Corp. Est Tax | | | | 300 | 0 | 300 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 21,927 | $ 15,927 | $ 6,000 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc. _____ ,          Case No. _____

    **Debtor**                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  **Sec. 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kansas Department of Revenue<br>Compliance Enforcement<br>915 SW Harrison St.<br>Topeka, KS 66625-2007 | | | Incurred: 1/26/2010<br>Penalty & Interest | | | | 246 | 246 | 0 |
| ACCOUNT NO.<br><br>PA Department of Revenue<br>P.O. Box 280403<br>Harrisburg, PA 17128-0403 | | | Incurred: 01/15/2010<br>Consideration:<br>Non Resident Tax | | | | 400 | 0 | 400 |
| ACCOUNT NO.<br><br>Washington State Dept of Revenue<br>P.O. Box 34052<br>Seattle, WA 98124-1052 | | | Excise Tax | | | | 364 | 0 | 364 |
| ACCOUNT NO.<br><br><br><br> | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ►<br>(Totals of this page) | $ 1,010 | $ | $ |
| Total ►<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 25,749 | | |
| Totals ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 18,985 | $ 6,764 |

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -*

B6F (Official Form 6F) (12/07)

In re A-1 Plank & Scaffold Mfg, Inc. _____ ,  Case No. _____
_____Debtor_____                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Airgas West<br>P.O. Box 7423<br>Pasadena, CA 91109-7423 | | | | | | | 538 |
| ACCOUNT NO. 48-1032601 | | | Consideration: Accounting Services | | | | |
| Allen, Gibbs & Houlik LC<br>301 N. Main, Suite 1700<br>Wichita, KS 67202-4868 | | | | | | | 1,814 |
| ACCOUNT NO. | | | | | | | |
| Dwight Allenbaugh<br>1530 Smoky Hill River Rd.<br>Hays, KS 67601 | | | | | | | 272 |
| ACCOUNT NO. | | | Rent  for 500 Commerce Parkway | | | | |
| Allenbaugh Family Limited Partnership<br>500 Commerce Parkway<br>Hays, KS 67601 | | | | | | | 60,000 |

___26___ continuation sheets attached

Subtotal ▶  $  62,624

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re  A-1 Plank & Scaffold Mfg, Inc.                     ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Represents Sunflower Bank, N.A. Case# 09 CV 526 | | | | |
| Michael P Alley Clark, Mize & Linville, Chartered P.O. Box 380 Salina, KS 67402-0380 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Amada Cutting Technologies Inc. 23189 Network Place Chicago, IL 60673-1231 | | | | | | | 104 |
| ACCOUNT NO. | | | | | | | |
| American Fire Sprinkler Corp P.O. Box 958 Mission, KS 66201-0958 | | | | | | | 170 |
| ACCOUNT NO. | | | | | | | |
| Asia Tech-GBS 932 W. 34th St. Houston, TX 77018 | | | | | | | 104,570 |
| ACCOUNT NO. | | | | | | | |
| AT & T Payment Center Sacramento, CA 95887-0001 | | | | | | | 2,291 |

Sheet no.  1  of 26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 107,135

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re   A-1 Plank & Scaffold Mfg, Inc.                              ,          Case No. _____
_____**Debtor**_____                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Atlantic Pacific Equipment Inc. 4195 JVL Industrial Park Drive Marietta, GA  30066-2074 | | | | | | | 4,995 |
| ACCOUNT NO. ATS Logistic Service Inc. dba Sureway Transportation Company 725 Opportunity Drive Saint Cloud, MN 56302-7095 | | | | | | | 4,545 |
| ACCOUNT NO. Autodrill LLC 50 Division Ave, Suite 18 Millington, NJ 07946 | | | | | | | 47 |
| ACCOUNT NO. AZZ Galv-Chelsea P.O. Box 843771 Dallas, TX 75284-3771 | | | | | | | 9,098 |
| ACCOUNT NO. B & S Saw and Tool Service Inc. 1835 Dover Drive Salina, KS 67401 | | | | | | | 136 |

Sheet no. _2_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    18,821

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc.                            ,          Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jim Barker<br>9712 Concord Ridge Crt.<br>Brentwood, TN 37027 | | | | | | | 257 |
| ACCOUNT NO.<br><br>Beijing Ienovo Technologies Co ., LTD<br>Room 1005, Idea Building, No 111, Zhichun Rd,.<br>Haidian District, Beijing 100086 China | | | | | | | 637 |
| ACCOUNT NO.<br><br>BMD<br>Dept# 34302<br>P.O. Box 39000<br>San Francisco, CA 94139 | | | | | | | 803 |
| ACCOUNT NO.<br><br>Board of Equalization<br>P.O. Box 9429879<br>Sacramento, CA 94279 | | | | | | | 537 |
| ACCOUNT NO.<br><br>C & R Plating<br>1120 E. 10th<br>Minneapolis, KS 67467 | | | | | | | 141 |

Sheet no.  3  of  26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          2,375

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re ___A-1 Plank & Scaffold Mfg, Inc._____,    Case No. _____
          **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C.H. Robinson<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | | | | | | | 6,800 |
| ACCOUNT NO.<br><br>California DMV<br>P.O. Box 942894<br>Sacramento, CA 94294 | | | | | | | 264 |
| ACCOUNT NO.<br><br>Calmet Services Inc.<br>P.O. Box 227<br>Paramount, CA 90723-5091 | | | | | | | 138 |
| ACCOUNT NO.<br><br>Cheryl A. Allenbaugh<br>1600 W. 29th<br>Hays, KS 67601 | | | Incurred: 09/30/08<br>Loan to A-1 Plank & Scaffold Mfg. | | | | 134,439 |
| ACCOUNT NO.<br><br>City of Hays<br>P.O. Box 490<br>Hays, KS 67601 | | | | | | | 207 |

Sheet no. __4__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    141,848

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re  A-1 Plank & Scaffold Mfg, Inc.                          ,        Case No. _____
_____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| City of Paramount 16400 Colorado Ave. Paramount, CA 90723-50941 | | | | | | | 60 |
| ACCOUNT NO. | | | | | | | |
| Clem's Rubbish Removal, Inc. P.O. Box 1501 Hays, KS 67601 | | | | | | | 168 |
| ACCOUNT NO. | | | | | | | |
| Commerce Technologies Inc. P.O. Box 33197 Hartford, CT 06150-3197 | | | | | | | 66 |
| ACCOUNT NO. | | | | | | | |
| Con-Way Trans Services Inc. P.O. Box 5160 Portland, OR 97208-5160 | | | | | | | 7,362 |
| ACCOUNT NO. | | | | | | | |
| Conoco Processing Center P.O. Box 9059 Des Moines, IA 50368 | | | | | | | 2,814 |

Sheet no. __5__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 10,470

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc. _____ ,     Case No. _____
_____Debtor_____                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Coomes, Inc. <br> 1697 East 250 Lane <br> Phillipsburg, KS 67661 | | | | | | | 19,050 |
| ACCOUNT NO. <br> Copy Data Management <br> 3322 Loop 306 <br> San Angelo, TX 76904 | | | | | | | 132 |
| ACCOUNT NO. <br> CRST Malone Inc. <br> P.O. Box 71573 <br> Chicago, IL 60694-1573 | | | | | | | 7,080 |
| ACCOUNT NO. <br> Culligan of Hays <br> P.O. Box 2932 <br> Wichita, KS 67201-2932 | | | | | | | 32 |
| ACCOUNT NO. <br> Cutters Machine <br> 2240 B.E. 8th <br> Hays, KS 67601 | | | | | | | 44,814 |

Sheet no. _6_ of _26_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 71,108

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc.                                      ,          Case No. _____
       **Debtor**                                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Diamond Vogel Paints<br>P.O. Box 80<br>Orange City, IA 51041 | | | | | | | 819 |
| ACCOUNT NO. | | | | | | | |
| Direct Scaffold Supply LP<br>P.O. Box 203893<br>Houston, TX 77216-3893 | | | | | | | 2,985 |
| ACCOUNT NO. | | | | | | | |
| Doringer Cold Saws, Inc.<br>13400 Estrella Avenue<br>Gardena, CA 90248 | | | | | | | 1,257 |
| ACCOUNT NO. | | | | | | | |
| Eagle Community TV<br>1012 W. 28th Street<br>Hays, KS 67601 | | | | | | | 125 |
| ACCOUNT NO. | | | | | | | |
| East Coast Lumber Company<br>P.O. Box 58<br>9207 Highway 22 South<br>Climax, North Carolina 27233-0058 | | | | | | | 1,550 |

Sheet no. _7_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,736

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re <u>A-1 Plank & Scaffold Mfg, Inc.</u>,      Case No. _____
      **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Eastern China Trading, Inc. 3135 Kashiwa St. Torrance, CA 90505 | | | Portion is disputed. | | | X | 1,078,543 |
| ACCOUNT NO. El Charro Convenience Store 2020 E. 8th Hays, KS 67601 | | | | | | | 896 |
| ACCOUNT NO. Enersys One Enersys Road Hays, KS 67601 | | | | | | | 360 |
| ACCOUNT NO. Estes Express Lines P.O. Box 25612 Richmond, VA 23260-5612 | | | | | | | 1,389 |
| ACCOUNT NO. Express Powder Coating 15725 Garfield Ave Paramount, CA 90723 | | | | | | | 930 |

Sheet no. <u>8</u> of <u>26</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $    1,082,118

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc. _____ ,        Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Fastenal Company <br> P.O. Box 978 <br> Winona, MN 55987-0978 | | | | | | | 21,954 |
| ACCOUNT NO. <br><br> Fedex Freight <br> 4103 Collection Center Drive <br> Chicago, IL  60693 | | | | | | | 1,038 |
| ACCOUNT NO. <br><br> Fedex National LTL <br> P.O. box 95001 <br> Lakeland, FL 33804-5001 | | | | | | | 458 |
| ACCOUNT NO. <br><br> Fox Lumber Sales, Inc. <br> P.O. Box Drawer 1000 <br> Hamilton, MT 59840 | | | | | | | 11,903 |
| ACCOUNT NO. <br><br> Fraser Steel Company <br> 11915 53rd Street N.E. <br> P.O. Box 160 <br> Albertville, Minnesota 55301 | | | | | | | 4,842 |

Sheet no. __9__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 　40,195

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc.                    ,          Case No. _____
        **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Gateway Industries<br>1236 Brittain Rd.<br>Akron, OH 44310 | | | | | | | 1,512 |
| ACCOUNT NO. | | | | | | | |
| Gittings & Grap, LLP<br>City View Plaza<br>12443 Lewis Street, Suite 102<br>Garden Grove, CA 92840 | | | | | | | 2,275 |
| ACCOUNT NO. | | | | | | | |
| Hanrison Scaffold Inc.<br>560 S. Melrose St.<br>Placentia, CA 92870 | | | | | | | 58,450 |
| ACCOUNT NO. | | | | | | | |
| Heartland Building Materials<br>P.O. Box 39<br>Hays, KS 67601 | | | | | | | 64 |
| ACCOUNT NO. | | | | | | | |
| Heartland Seating Inc.<br>11805 W. 62nd Terrace<br>Shawnee, KS 66203 | | | | | | | 13,713 |

Sheet no.  10  of  26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        76,014

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re <u>A-1 Plank & Scaffold Mfg, Inc.</u> ,    Case No. _____
      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Held & Associates Inc. <br> P.O. Box 871120 <br> Kansas City, MO 64187-1120 | | | | | | | 6,449 |
| ACCOUNT NO. <br> Home Depot <br> Dept 32-2006542074 <br> P.O. Box 6029 <br> The lakes, NV 88901-6029 | | | | | | | 354 |
| ACCOUNT NO. <br> IWD Transportation LLC <br> P.O. Box 28 <br> 1520 New Perrine Rd. <br> Farmington, MO 63640 | | | | | | | 4,125 |
| ACCOUNT NO. <br> J & K Trucking Inc. <br> CJM Financial <br> P.O. Box 727 <br> Ankeny, IA 50021 | | | | | | | 4,000 |
| ACCOUNT NO. <br> Jennifer Allenbaugh <br> 2734 Thunderbird Drive <br> Hays, KS 67601 | | | | | | | 23,800 |

Sheet no. <u>11</u> of <u>26</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 38,728

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -*

In re   A-1 Plank & Scaffold Mfg, Inc.                                    ,          Case No. _____
            **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KASA Fab Inc.<br>P.O. Box 3647<br>Salina, KS 67402-3647 | | | | | | | 12,014 |
| ACCOUNT NO.<br><br>Kel-West<br>3396 Sexsmith Road<br>Kelowna, BC V1X7S5  Canada | | | | | | | 58,875 |
| ACCOUNT NO.<br><br>Kennison Forest Productions Inc.<br>P.O. box 115<br>Sulphur, LA 70664 | | | | | | | 9,600 |
| ACCOUNT NO.<br><br>Lewis, Rice & Fingersh<br>1010 Walnut, Suite 500<br>Kansas City, MO<br>64106 | | | | | | | 2,147 |
| ACCOUNT NO.<br><br>Liaoning Xingye Import & Export<br>1811 Room, B Tower, Manhattan Tower<br>No. 101 Youhao Road<br>Zhong Shan Dist, Dalian, China | | | | | | X | 94,400 |

Sheet no.  12  of  26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  177,036

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re   A-1 Plank & Scaffold Mfg, Inc. _____,   Case No. _____
  **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Linweld <br> P.O. Box 607 <br> Hays, KS 67601 | | | | | | | 729 |
| ACCOUNT NO. <br> Lone Star Transportation LLC <br> P.O. Box 162809 <br> Ft. Worth, TX 76161-2809 | | | | | | | 1,900 |
| ACCOUNT NO. <br> Lumber Specialists Inc. <br> Dept 30550 <br> P.O. Box 790126 <br> St. Louis, MO 63179-0126 | | | | | | | 9,642 |
| ACCOUNT NO. <br> Marcy Allenbaugh <br> 3707 Fairway <br> Hays, KS 67601 | | | | | | | 0 |
| ACCOUNT NO. <br> Matthews International Corporation <br> Two North Shore Center <br> Pittsburg, PA 15212-5851 | | | | | | | 789 |

Sheet no. __13__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  13,060

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -*

In re  A-1 Plank & Scaffold Mfg, Inc.                    ,        Case No. _____
                  **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maxam Industries, Inc. 1901 Mason Hill Dr. Suite A. Alexandria, VA 22307 | | | | | | X | 363,308 |
| ACCOUNT NO. | | | | | | | |
| Meistrell Equipment Company P.O. Box 411 1830 CC Road Plainville, KS 67663 | | | | | | | 212 |
| ACCOUNT NO. | | | | | | | |
| Metal Engineering Corp 4 Melanie Dr. Unit 11A Brampton, Ontario Canada LGT 469 | | | | | | X | 104,080 |
| ACCOUNT NO. | | | | | | | |
| Metalco Steel & Supply P.O. Box 2936 Rolling Hills Estates, CA 90274 | | | | | | | 1,416 |
| ACCOUNT NO. | | | | | | | |
| Midwest Energy, Inc. P.O. Box 898 Hays, KS 67601 | | | | | | | 7,438 |

Sheet no.  14  of  26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  476,454

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re ___A-1 Plank & Scaffold Mfg, Inc._____,        Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Moeder Oil Co Inc. P.O. Box 653 2302 Railroad Avenue Great Bend, KS 67530 | | | | | | | 180 |
| ACCOUNT NO. | | | | | | | |
| MSC Industrial Supply Co Inc. Detp CH 0075 Palatine, IL 60055-0075 | | | | | | | 628 |
| ACCOUNT NO. | | | | | | | |
| Nex-Tech P.O. Box 280 Hays, KS 67601 | | | | | | | 1,032 |
| ACCOUNT NO. | | | | | | | |
| Norfolk Iron and Metal Co. P.O. Box 1129 Norfolk, NE 68702-1129 | | | | | | | 6,592 |
| ACCOUNT NO. | | | | | | | |
| O.K. Fasteners 815 Industrial Drive Troy, Illinois 62294 | | | | | | | 5,968 |

Sheet no. __15__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   14,400

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc. _____,    Case No. _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ORR Safety Corporation <br> 1266 Reliable Parkway <br> Chicago, IL 60686 | | | | | | | 2,878 |
| ACCOUNT NO. <br><br> Orscheln's <br> P.O. Box 219736 <br> Kansas City, MO 64121-9736 | | | | | | | 86 |
| ACCOUNT NO. <br><br> Pitney Bowes <br> P.O. Box 850502 <br> Louisville, KY 40233-9801 | | | Consideration: | | | | 220 |
| ACCOUNT NO. <br><br> Primary Freight Services Inc. <br> 2384 E. Pacifica Place <br> Rancho Dominquez, CA 90220 | | | | | | | 1,741 |
| ACCOUNT NO. <br><br> Professional Panels, Inc. <br> A Div of Pruett Forest Productions Inc. <br> P.O. Box 2244 <br> Tuscaloosa, AL 35403 | | | Consideration: | | | | 3,000 |

Sheet no. __16__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $ 7,925

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -*

In re  A-1 Plank & Scaffold Mfg, Inc. _____ ,          Case No. _____
        **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Prudential Insurance <br> P.O. Box 856167 <br> Lousiville, KY 40285 | | | | | | | 2,510 |
| ACCOUNT NO. <br><br> Prudential Overall Supply <br> 6920 Bandini BLVD <br> Commerca, CA 90040 | | | | | | | 397 |
| ACCOUNT NO. <br><br> Purchase Power <br> P.O. Box 856042 <br> Louisville, KY 40285-6042 | | | Consideration: | | | | 413 |
| ACCOUNT NO. <br><br> Quanxin International Corporation <br> 924 East Main Street, Suite 208 <br> Alhamabra, CA 91801 | | | | | | | 5,940 |
| ACCOUNT NO. <br><br> R & M Lumber Sales, Inc. <br> P.O. Box 2047 <br> Grants Pass, OR 97528 | | | | | | | 2,900 |

Sheet no. 17 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $     12,160

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re __A-1 Plank & Scaffold Mfg, Inc._____,     Case No. _____
      **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ramada Hays Convention Center 3603 Vine St. Hays, KS 67601 | | | | | | | 168 |
| **ACCOUNT NO.** Rich Doss Inc. P.O. Box 4799 3809 Stoney Pt Rd. Santa Rosa, CA 95402 | | | | | | | 466 |
| **ACCOUNT NO.** Rich Industries Inc. 789 Thomas Dr. Bensenville, IL 60106 | | | | | | | 3,951 |
| **ACCOUNT NO.** Roofmaster Roofing P.O. Box 664 Hays, KS 67601 | | | | | | | 189 |
| **ACCOUNT NO.** S & S Trailer Sales Inc. P.O. Box 517 Ellinwood, KS 67526 | | | | | | | 5,150 |

Sheet no. __18__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     9,924

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re __A-1 Plank & Scaffold Mfg, Inc._____,     Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>S & W Supply Co., Inc.<br>P.O. Box 130<br>Hays, KS 67601-0130 | | | | | | | 161 |
| ACCOUNT NO.<br>Safety-Kleen Corp<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | | | | | | | 147 |
| ACCOUNT NO.<br>Sam's Club Credit<br>P.O. Box 530981<br>Atlanta, GA 30353 | | | | | | | 37 |
| ACCOUNT NO.<br>Sanhe Yanjiao Ienovo Technologies Co LTD<br>Eastern Ring Road<br>Yanjiao New Developing Zone<br>Sanhe City, P.R. China 065201 | | | | | | | 322,343 |
| ACCOUNT NO.<br>Scaf. Shoring & Forming Inst.<br>1300 Sumner Ave.<br>Cleveland, OH 44115 | | | | | | | 599 |

Sheet no. __19__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     323,287

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re A-1 Plank & Scaffold Mfg, Inc. _____ ,       Case No. _____
　　　　　　　　　Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Searing Industries P.O. Box 3059 Rancho Cucamonga, GA 91730 | | | | | | | 299,698 |
| ACCOUNT NO. | | | | | | | |
| Shell Fleet Processing Center P.O.Box 689010 Des Moines, IA 50368-9010 | | | | | | | 70 |
| ACCOUNT NO. | | | | | | | |
| Sherwinn Williams Co. 2520 Vine Hays, KS 67601 | | | | | | | 119 |
| ACCOUNT NO. | | | | | | | |
| Spray Equipment & Service Center P.O. Box 872758 Kansas City, MO 65187-2758 | | | | | | | 62 |
| ACCOUNT NO. | | | | | | | |
| Stapels the Office Superstore Dept 80-0066089881 P.O. Box 9020 Des Moines, IA 50368-9020 | | | | | | | 1,857 |

Sheet no. __20__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 301,806

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc.                                    ,        Case No. _____
       **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Steel & Pipe Supply Co., Inc. P.O. Box 802249 Kansas City, MO 64180-2249 | | | | | | | 12,443 |
| **ACCOUNT NO.** Sudbury-Logistics 6100 E. 21st Suite 220 Wichita, KS 67208 | | | | | | | 1,300 |
| **ACCOUNT NO.** Sunbelt Rentals P.O. Box 409211 Atlanta, GA 30384-9211 | | | | | | | 12,095 |
| **ACCOUNT NO.** Sunflower Insurance Group Inc. P.O. Box 1213 217 S. Sante Fe Salina, KS 67402-1213 | | | | | | | 3,000 |
| **ACCOUNT NO.** Sureway Transportation Co. NW 7130 P.O. Box 1450 Minneapolis, MN 55485-7130 | | | | | | | 2,195 |

Sheet no. 21 of 26 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 31,033

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re ___A-1 Plank & Scaffold Mfg, Inc._____,          Case No. _____
    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Company Corporation<br>2711 Centerville Rd.<br>Wilmington, DE 19808 | | | | | | | 235 |
| ACCOUNT NO.<br><br>The Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | | | | | | | 643 |
| ACCOUNT NO.<br><br>The Sherwin-Williams Co.<br>1711 N. Wabash St.<br>Wichita, KS 67214-1449 | | | | | | | 2,023 |
| ACCOUNT NO.<br><br>Tower Extrusions, LTD<br>P.O. Box 218<br>Olney, TX 76374 | | | | | | | 5,458 |
| ACCOUNT NO.<br><br>U.S. Road Freight Express, Inc.<br>P.O. Box 9070<br>Wichita, KS 67277-0070 | | | | | | | 9,290 |

Sheet no. __22__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   17,649

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>A-1 Plank & Scaffold Mfg, Inc.</u>,          Case No. _____
     **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** ULINE 2200 S. Lakeside Dr, Waukegan, IL 60085 | | | | | | | 30 |
| **ACCOUNT NO.** Unifirst Corporation 1924 Jumper Rd Salina, KS 67401 | | | | | | | 6,568 |
| **ACCOUNT NO.** United Access 12930 A. Emmett Houston, TX 77041 | | | | | | | 6,716 |
| **ACCOUNT NO.** United Parcel Service LoxBox 577 Carol Stream, IL 60132-0577 | | | | | | | 777 |
| **ACCOUNT NO.** Unitool Punch & Die Co, Inc. 20 Norris Street P.O. Box 206 Buffalo, NY 14240 | | | | | | | 784 |

Sheet no. <u>23</u> of <u>26</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $          14,875

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re __A-1 Plank & Scaffold Mfg, Inc._____ ,  Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| UPS CA Lock Box 577 Carol Stream, IL 60132-0577 | | | | | | | 1,031 |
| ACCOUNT NO. | | | | | | | |
| V.S.S. Compressor Service P.O. Box 1898 Paramount, CA 90723 | | | | | | | 167 |
| ACCOUNT NO. | | | | | | | |
| Vanguard Manufacturing Inc. P.O. Box 247 New Ipswich, NE 03071 | | | | | | | 9,877 |
| ACCOUNT NO. | | | | | | | |
| Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002-5505 | | | | | | | 830 |
| ACCOUNT NO. | | | | | | | |
| West Coast Lumbar Inspection P.O. Box 23145 Portland, OR 97223 | | | | | | | 500 |

Sheet no. __24__ of __26__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $   12,405

Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re ___A-1 Plank & Scaffold Mfg, Inc._____ ,          Case No. _____
           **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Western Extrusions Corp <br> 1735 Sandy Lake Road <br> Carrollton, TX 75006 | | | Portion is Disputed. | | | | 493,161 |
| ACCOUNT NO. <br><br> Westlake Ace Hardware, Inc. <br> P.O. Box 219370 <br> Kansas City, MO 64121-9370 | | | | | | | 15 |
| ACCOUNT NO. <br><br> Wood Products Direct <br> 9525 Lee Blvd <br> Leawood, KS 66206 | | | | | | | 29,413 |
| ACCOUNT NO. <br><br> WTI Building Products <br> No 8 Mei Ya Road <br> Boahua Economic Develp. Zone <br> Jurong, Zhejiang, P.R. China <br> 211415 | | | | | | | 236,726 |
| ACCOUNT NO. <br><br> Darryl Younger <br> P.O. Box 665 <br> Hays, KS 67601 | | | | | | | 101 |

Sheet no. __25__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      759,416

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc._____ ,     Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Zammora Powder Coat 1559 132th St. Gardena, CA 90249 | | | | | | | 5,296 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. 26 of 26 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $   5,296

Total ➤  $   3,834,898

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re  A-1 Plank & Scaffold Mfg, Inc.                               Case No. _____

                 **Debtor**                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Allenbaugh Family Limited Partnership<br>500 Commerce Parkway<br>Salina, KS 67601 | 7520 Monroe Street - Paramount California<br>500 Commerce Parkway - Hays KS<br>590 Commerce Parkway - Hays KS |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

In re   A-1 Plank & Scaffold Mfg, Inc.                          Case No. _____
              **Debtor**                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dwight Allenbaugh<br>1530 Smoky Hill River Rd.<br>Hays, KS 67601 | Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 |
| Jennifer Allenbaugh<br>2734 Thunderbird Drive<br>Hays, KS 67601 | Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 |
| John D. Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 |
| Marcy Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 |
| A-1 Scaffolding & Shoring<br>500 Commerce Parkway<br>Hays KS 67601 | Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 |
| Allenbaugh Family Limited Partnership<br>500 Commerce Parkway<br>Salina, KS 67601 | Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

# United States Bankruptcy Court
## District of Kansas

In re  A-1 Plank & Scaffold Mfg, Inc.

Case No. _____

Debtor

Chapter  _____11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 5 | $ 1,731,614 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 7,475,612 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 25,749 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 27 | | $ 3,834,898 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| **TOTAL** | | 44 | $ 1,731,614 | $ 11,336,259 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

# United States Bankruptcy Court
## District of Kansas

In re    A-1 Plank & Scaffold Mfg, Inc.          Case No. _____

Debtor

Chapter     11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

A-1 Plank & Scaffold Mfg, Inc.

In re _____     Case No. _____

          **Debtor**                                             **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                       Debtor:

Date _____          Signature: _____

                                                  (Joint Debtor, if any)

                                     [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____

Printed or Typed Name and Title, if any,               Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____

Address

X _____        _____

        Signature of Bankruptcy Petition Preparer                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the A-1 Plank & Scaffold Mfg, Inc. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 46 sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____2/21/2010_____        Signature: _____/s/ Dwight Allenbaugh_____

                                              DWIGHT ALLENBAUGH
                                     [Print or type name of individual signing on behalf of debtor.]

---

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

A-1 Scaffolding  Shoring
500 Commerce Parkway
Hays KS 67601


Airgas West
PO Box 7423
Pasadena CA 91109-7423


Allen Gibbs  Houlik LC
301 N Main Suite 1700
Wichita KS 67202-4868


Dwight Allenbaugh
1530 Smoky Hill River Rd
Hays KS 67601


Jennifer Allenbaugh
2734 Thunderbird Drive
Hays KS 67601


John D Allenbaugh
3707 Fairway
Hays KS 67601


Allenbaugh Family Limited Partnership
500 Commerce Parkway
Hays KS 67601


Allenbaugh Family Limited Partnership
500 Commerce Parkway
Salina KS 67601


Michael P Alley
Clark Mize  Linville Chartered
PO Box 380
Salina KS 67402-0380


Amada Cutting Technologies Inc
23189 Network Place
Chicago IL 60673-1231


American Fire Sprinkler Corp
PO Box 958
Mission KS 66201-0958

Asia Tech-GBS
932 W 34th St
Houston TX 77018


AT T
Payment Center
Sacramento CA 95887-0001


Atlantic Pacific Equipment Inc
4195 JVL Industrial Park Drive
Marietta GA  30066-2074


ATS Logistic Service Inc
dba Sureway Transportation Company
725 Opportunity Drive
Saint Cloud MN 56302-7095


Autodrill LLC
50 Division Ave Suite 18
Millington NJ 07946


AZZ Galv-Chelsea
PO Box 843771
Dallas TX 75284-3771


B S Saw and Tool Service Inc
1835 Dover Drive
Salina KS 67401


Jim Barker
9712 Concord Ridge Crt
Brentwood TN 37027


Beijing Ienovo Technologies Co  LTD
Room 1005 Idea Building No 111
Zhichun Rd
Haidian District Beijing 100086 China


BMD
Dept 34302
PO Box 39000
San Francisco CA 94139

```
Board of Equalization
PO Box 9429879
Sacramento CA 94279


C  R Plating
1120 E 10th
Minneapolis KS 67467


CH Robinson
PO Box 9121
Minneapolis MN 55480-9121


California DMV
PO Box 942894
Sacramento CA 94294


Calmet Services Inc
PO Box 227
Paramount CA 90723-5091


Cheryl A Allenbaugh
1600 W 29th
Hays KS 67601


City of Hays
PO Box 490
Hays KS 67601


City of Paramount
16400 Colorado Ave
Paramount CA 90723-50941


Clems Rubbish Removal Inc
PO Box 1501
Hays KS 67601


Commerce Technologies Inc
PO Box 33197
Hartford CT 06150-3197


Comptroller of Public Accounts
PO Box 149355
Austin TX 78714-9355
```

Con-Way Trans Services Inc
PO Box 5160
Portland OR 97208-5160


Conoco
Processing Center
PO Box 9059
Des Moines IA 50368


Coomes Inc
1697 East 250 Lane
Phillipsburg KS 67661


Copy Data Management
3322 Loop 306
San Angelo TX 76904


CRST Malone Inc
PO Box 71573
Chicago IL 60694-1573


Culligan of Hays
PO Box 2932
Wichita KS 67201-2932


Cutters Machine
2240 BE 8th
Hays KS 67601


Diamond Vogel Paints
PO Box 80
Orange City IA 51041


Direct Scaffold Supply LP
PO Box 203893
Houston TX 77216-3893


Doringer Cold Saws Inc
13400 Estrella Avenue
Gardena CA 90248


Eagle Community TV
1012 W 28th Street
Hays KS 67601

East Coast Lumber Company
PO Box 58
9207 Highway 22 South
Climax North Carolina 27233-0058


Eastern China Trading Inc
3135 Kashiwa St
Torrance CA 90505


El Charro Convenience Store
2020 E 8th
Hays KS 67601


Ellis County Treasuer Office
PO Box 520
Hays KS 67601


Ellis County Treasurer Office
PO Box 520
Hays KS 67601


Enersys
One Enersys Road
Hays KS 67601


Estes Express Lines
PO Box 25612
Richmond VA 23260-5612


Express Powder Coating
15725 Garfield Ave
Paramount CA 90723


Fastenal Company
PO Box 978
Winona MN 55987-0978


Fedex Freight
4103 Collection Center Drive
Chicago IL  60693


Fedex National LTL
PO box 95001
Lakeland FL 33804-5001

Ford Motor Credit
National Bankruptcy Service Center
PO Box 537901
Livonia MI 48153-7901


Fox Lumber Sales Inc
PO Box Drawer 1000
Hamilton MT 59840


Franchise Tax Board
PO Box 942857
Sacramento CA 94257-0531


Fraser Steel Company
11915 53rd Street NE
PO Box 160
Albertville Minnesota 55301


Gateway Industries
1236 Brittain Rd
Akron OH 44310


Gittings  Grap LLP
City View Plaza
12443 Lewis Street Suite 102
Garden Grove CA 92840


Hanrison Scaffold Inc
560 S Melrose St
Placentia CA 92870


Heartland Building Materials
PO Box 39
Hays KS 67601


Heartland Seating Inc
11805 W 62nd Terrace
Shawnee KS 66203


Held  Associates Inc
PO Box 871120
Kansas City MO 64187-1120

```
Home Depot
Dept 32-2006542074
PO Box 6029
The lakes NV 88901-6029


IWD Transportation LLC
PO Box 28
1520 New Perrine Rd
Farmington MO 63640


J  K Trucking Inc
CJM Financial
PO Box 727
Ankeny IA 50021


Jennifer Allenbaugh
2734 Thunderbird Drive
Hays KS 67601


John D  Marcelyn K Allenbaugh
3707 Fairway
Hays KS 67601


John Dale Allenbaugh
3707 Fairway
Hays KS 67601


Kansas Department of Revenue
Compliance Enforcement
915 SW Harrison St
Topeka KS 66625-2007


KASA Fab Inc
PO Box 3647
Salina KS 67402-3647


Kel-West
3396 Sexsmith Road
Kelowna BC V1X7S5  Canada


Kennison Forest Productions Inc
PO box 115
Sulphur LA 70664
```

Lewis Rice  Fingersh
1010 Walnut Suite 500
Kansas City MO
64106


Liaoning Xingye Import  Export
1811 Room B Tower Manhattan Tower
No 101 Youhao Road
Zhong Shan Dist Dalian China


Linweld
PO Box 607
Hays KS 67601


Lone Star Transportation LLC
PO Box 162809
Ft Worth TX 76161-2809


Lumber Specialists Inc
Dept 30550
PO Box 790126
St Louis MO 63179-0126


Marcy Allenbaugh
3707 Fairway
Hays KS 67601


Matthews International Corporation
Two North Shore Center
Pittsburg PA 15212-5851


Maxam Industries Inc
1901 Mason Hill Dr Suite A
Alexandria VA 22307


Meistrell Equipment Company
PO Box 411
1830 CC Road
Plainville KS 67663


Metal Engineering Corp
4 Melanie Dr Unit 11A
Brampton Ontario Canada LGT 469

Metalco Steel  Supply
PO Box 2936
Rolling Hills Estates CA 90274


Midwest Energy Inc
PO Box 898
Hays KS 67601


Moeder Oil Co Inc
PO Box 653
2302 Railroad Avenue
Great Bend KS 67530


MSC Industrial Supply Co Inc
Detp CH 0075
Palatine IL 60055-0075


Nex-Tech
PO Box 280
Hays KS 67601


Norfolk Iron and Metal Co
PO Box 1129
Norfolk NE 68702-1129


OK Fasteners
815 Industrial Drive
Troy Illinois 62294


ORR Safety Corporation
1266 Reliable Parkway
Chicago IL 60686


Orschelns
PO Box 219736
Kansas City MO 64121-9736


PA Department of Revenue
PO Box 280403
Harrisburg PA 17128-0403

Pitney Bowes
PO Box 850502
Louisville KY 40233-9801


Primary Freight Services Inc
2384 E Pacifica Place
Rancho Dominquez CA 90220


Professional Panels Inc
A Div of Pruett Forest Productions Inc
PO Box 2244
Tuscaloosa AL 35403


Prudential Insurance
PO Box 856167
Lousiville KY 40285


Prudential Overall Supply
6920 Bandini BLVD
Commerca CA 90040


Purchase Power
PO Box 856042
Louisville KY 40285-6042


Quanxin International Corporation
924 East Main Street Suite 208
Alhamabra CA 91801


R  M Lumber Sales Inc
PO Box 2047
Grants Pass OR 97528


Ramada Hays Convention Center
3603 Vine St
Hays KS 67601


Rich Doss Inc
PO Box 4799
3809 Stoney Pt Rd
Santa Rosa CA 95402

Rich Industries Inc
789 Thomas Dr
Bensenville IL 60106


John Richardson
2591 Old Winter Garden Rd
Orlando FL 32805


Roofmaster Roofing
PO Box 664
Hays KS 67601


S  S Trailer Sales Inc
PO Box 517
Ellinwood KS 67526


S  W Supply Co Inc
PO Box 130
Hays KS 67601-0130


Safety-Kleen Corp
PO Box 650509
Dallas TX 75265-0509


Sams Club Credit
PO Box 530981
Atlanta GA 30353


Sanhe Yanjiao Ienovo Technologies Co LTD
Eastern Ring Road
Yanjiao New Developing Zone
Sanhe City PR China 065201


Scaf Shoring  Forming Inst
1300 Sumner Ave
Cleveland OH 44115


Searing Industries
PO Box 3059
Rancho Cucamonga GA 91730

Shell Fleet
Processing Center
POBox 689010
Des Moines IA 50368-9010


Sherwinn Williams Co
2520 Vine
Hays KS 67601


Spray Equipment  Service Center
PO Box 872758
Kansas City MO 65187-2758


Stapels the Office Superstore
Dept 80-0066089881
PO Box 9020
Des Moines IA 50368-9020


Steel  Pipe Supply Co Inc
PO Box 802249
Kansas City MO 64180-2249


Sudbury-Logistics
6100 E 21st Suite 220
Wichita KS 67208


Sunbelt Rentals
PO Box 409211
Atlanta GA 30384-9211


Sunflower Bank NA
2090 S Ohio
Salina KS 67402-0800


Sunflower Bank NA
2090 S Ohio
Salina KS 67402-0800


Sunflower Bank NA
2090 S Ohio
Salina KS 67402-0800

Sunflower Insurance Group Inc
PO Box 1213
217 S Sante Fe
Salina KS 67402-1213


Sureway Transportation Co
NW 7130
PO Box 1450
Minneapolis MN 55485-7130


The Company Corporation
2711 Centerville Rd
Wilmington DE 19808


The Home Depot Credit Services
PO Box 6029
The Lakes NV 88901-6029


The Sherwin-Williams Co
1711 N Wabash St
Wichita KS 67214-1449


Tower Extrusions LTD
PO Box 218
Olney TX 76374


US Road Freight Express Inc
PO Box  9070
Wichita KS 67277-0070


ULINE
2200 S Lakeside Dr
Waukegan IL 60085


Unifirst Corporation
1924 Jumper Rd
Salina KS 67401


United Access
12930 A Emmett
Houston TX 77041

United Parcel Service
LoxBox 577
Carol Stream IL 60132-0577


Unitool Punch  Die Co Inc
20 Norris Street
PO Box 206
Buffalo NY 14240


UPS CA
Lock Box 577
Carol Stream IL 60132-0577


VSS Compressor Service
PO Box 1898
Paramount CA 90723


Vanguard Manufacturing Inc
PO Box 247
New Ipswich NE 03071


Verizon Wireless
PO Box 25505
Lehigh Valley PA 18002-5505


Washington State Dept of Revenue
PO Box 34052
Seattle WA 98124-1052


West Coast Lumbar Inspection
PO Box 23145
Portland OR 97223


Western Extrusions Corp
1735 Sandy Lake Road
Carrollton TX 75006


Westlake Ace Hardware Inc
PO Box 219370
Kansas City MO 64121-9370


Wood Products Direct
9525 Lee Blvd
Leawood KS 66206

WTI Building Products
No 8 Mei Ya Road
Boahua Economic Develp Zone
Jurong Zhejiang PR China
211415


Darryl Younger
PO Box 665
Hays KS 67601


Zammora Powder Coat
1559 132th St
Gardena CA 90249

## UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   A-1 Plank & Scaffold Mfg, Inc. _____ ,

                                 Debtor

Case No. _____

Chapter _____11_____

## VERIFICATION OF LIST OF CREDITORS

     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 15 pages, is true,

correct and complete to the best of my knowledge.

Date   2/21/2010 _____

Signature   /s/ Dwight Allenbaugh _____

                                 DWIGHT ALLENBAUGH,
                                 President

Edward J. Nazar
Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361
316-263-0610

**UNITED STATES BANKRUPTCY COURT**
**District of Kansas**

In re   A-1 Plank & Scaffold Mfg, Inc.                              ,
                          Debtor

Case No. _____

Chapter   11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Dwight Allenbaugh<br>1530 Smoky Hill River Rd.<br>Hays, KS 67601 | | 17.647059% Shareholder Ownership |
| Jennifer Allenbaugh<br>2734 Thunderbird Drive<br>Hays, KS 67601 | | 17.647059% Shareholder Ownership |
| John Dale Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | 0 | 32.352941% Shareholder Ownership |
| Marcy Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | | 32.352941% Shareholder Ownership |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 33342 -

# United States Bankruptcy Court
## District of Kansas

In re  A-1 Plank & Scaffold Mfg, Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept ....................................................... $ _Unknown_____

    Prior to the filing of this statement I have received ........................................... $ ____47,000____

    Balance Due ..................................................................................................... $ __Unknown___

2.  The source of compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    Fees may exceed retainer, as subsequently allowed by the Court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

2/21/2010
_____          _____
Date                                          *Signature of Attorney*

Redmond & Nazar, L.L.P.
_____
*Name of law firm*

B203
12/94

# United States Bankruptcy Court
### District of Kansas

In re   A-1 Plank & Scaffold Mfg, Inc.

Case No. _____

Chapter          11

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................... $ _Unknown_

Prior to the filing of this statement I have received .................................. $ ___47,000___

Balance Due .................................................................................. $ _Unknown_

2.   The source of compensation paid to me was:

☑ Debtor                ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor                ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

Fees may exceed retainer, as subsequently allowed by the Court.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

2/21/2010      2/23/10
_____
Date

_____
Signature of Attorney

Redmond & Nazar, L.L.P.
_____
Name of law firm

---