# UNITED STATES BANKRUPTCY COURT
### District of Kansas

In Re **A-1 Plank & Scaffold Mfg, Inc.**     Case No. **10-10379**
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2010 | 126,182.31 | Gross Income |
| 2009 | 2,012,556.00 | Gross Income |
| 2008 | 6,498,796.00 | Gross Income |

2. **Income other than from employment or operation of business**

None ☒  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

3. **Payments to creditors**

None ☒  *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| A-1 Scaffold & Shorring<br>590 Commerce Parkway<br>Hays, KS 67601 | 12/21/09 | 5,900.30 | |
| Allen, Gibbs & Houlik LC<br>301 N. Main, Suite 1700<br>Wichita, KS 67202-4868 | 11-20/12-04/12-18/12-23/1-19 | 37,577.53 | 1,814 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | 12/23/09 | 5,908.52 | 14,863 |
| Asia Tech-GBS<br>932 W. 34th St.<br>Houston, TX 77018 | 2/03/2010 | 9,872.84 | 104,570 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| C.H. Robinson<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | 1/21,1/27,2/3,2/5,2/11/2010 | 9,485.00 | 5,925.00 |
| Diamond Vogel Paints<br>P.O. Box 80<br>Orange City, IA 51041 | 12/23/09 & 2/3/2010 | 9,534.60 | 819 |
| East Coast Lumber Company<br>P.O. Box 58<br>9207 Highway 22 South<br>Climax, North Carolina 27233-0058 | 1/15/2010 | 12,562.50 | 1,550 |
| Estes Express Lines<br>P.O. Box 25612<br>Richmond, VA 23260-5612 | 12-23,1-14,1-29,2-09-2010 | 5,966.80 | 1,389 |
| Golden Belt Bank<br>1101 E. 27th St.<br>Hays, KS 67601 | 1/21, 2/18/2010 | 5,917.49 | |
| Midwest Energy, Inc.<br>P.O. Box 898<br>Hays, KS 67601 | 12/3,12/30 & 1/29/2010 | 25,520.02 | 7,438 |
| Norfolk Iron and Metal Co.<br>P.O. Box 1129<br>Norfolk, NE 68702-1129 | 12/30,1/4,1/12,2/03/2010 | 11,740.49 | 6,592 |
| Preferred Health Systems Insurance<br>8535 East 21st Street North<br>Wichita, KS 67206 | 2009 & 2010 | 32,486.67 | |
| Redmond & Nazar, LLP<br>245 N. Waco, Suite 402<br>Wichita, KS 67202 | 11/17 & 11/30/2009 | 47,000.00 | |
| Searing Industries<br>P.O. Box 3059<br>Rancho Cucamonga, GA 91730 | 12/21/09 & 2/3/2010 | 7,588.40 | 299,698 |
| Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 | 2009 & 2010 | 100,074.64 | |
| TASC | 11/19,11/30,12/4,12/21/09 | 6,114.88 | |
| Tower Extrusions, LTD<br>P.O. Box 218<br>Olney, TX 76374 | 1/28/2010 | 8,669.77 | 5,458 |
| United Parcel Service<br>LoxBox 577<br>Carol Stream, IL 60132-0577 | 2009 & 2010 | 6,756.27 | 777 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Western Extrusions Corp<br>1735 Sandy Lake Road<br>Carrollton, TX 75006 | 1/7/2010 | 77,308.60 | 453,161 |

None
☐    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Allenbaugh Family Limited Partnership<br>500 Commerce Parkway<br>Hays, KS 67601 | 2009-2010 | 347,533.74 | |
| A-1 Scaffold & Shoring<br>590 Commerce Parkway<br>Hays, KS 67060 | 2009 | 37,622.70 | |
| Chandra Allenbaugh<br>104 W. 14th St.<br>Hays, KS 67601 | 4/9/09 | 4469.25 | |
| Cheryl A. Allenbaugh<br>1600 W. 29th<br>Hays, KS 67601 | 2009 | 9,766.61 | 134,439 |
| Dwight Allenbaugh<br>1530 Smoky Hills River Rd.<br>Hays, KS 67601 | 2009 - 2010 | 230,676.45 | 272 |
| Jennifer Allenbaugh<br>2734 Thunderbird Drive<br>Hays, KS 67601 | 2009 - 2010 | 75,713.65 | 23,800 |
| John D. Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | 2009 - 2010 | 178,366.43 | |
| Marcelyn K. Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | 2009 - 2010 | 53,447.11 | |
| Wesley Allenbaugh<br>1530 Smoky Hill River Rd.<br>Hays, KS 67601 | 2009 | 954.92 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sunflower Bank, N.A., v John D. Allenbaugh; Marcelyn K. Allenbaugh; Jennifer Allenbaugh, The Allenbaugh Family Limited Partnership; Dwight Allenbauh; and Allenbaugh Holdings, LLC Case# 09 CV 526 | Recover Money | District Court of Saline County, Kansas | Petition |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

Case 10-10379   Doc# 22   Filed 03/04/10   Page 5 of 16

### 6. Assignments and Receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 2005 Dodge Caravan | Insurance Paid $6,817.74 | October 2008 |
| Roof Claim | | Spring 2009 |

9. **Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Edward J. Nazar<br>Redmond & Nazar, L.L.P.<br>245 N. Waco, Suite 402<br>Wichita, KS 67202-1117 | 11/17 & 11/30/2009 | 47,000.00 |

10. **Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Consignment Warehouse Lumber Inventory | | $5,400.00 |
| John & Dale Allenbaugh<br>3707 Fairway Dr.<br>Hays, KS 67601 | 11/25/09 | $1,000.00<br>Prudential Life Insurance<br>#V0005062 |
| Fernando Lozano<br>501 E. 7th St.<br>Hays, KS 67601 | 04/05/2008 | Chevy Sonoma Pickup<br>$1,000.00 |
| Auto World<br>722 E. 8th St.<br>Hays, KS 67601 | 09/11/2008 | 1999 Ford F250 Crew Cab<br>Trade in Value $7,000.00<br>on the 2005 Dodge Caravan |
| Dwight Allenbaugh<br>1530 Smoky Hill River Rd.<br>Hays, KS 67601 | 6/30/2008 | 2003 Dodge Pickup<br>15,784.00 |
| Employee Settlement | 10/19/2008 | 2002 GMC Yukon LX Denali<br>$5,720.00 |
| Sammy Smith | 9/25/2009 | 1992 White Ford Truck<br>$250.00 |
| Coleen M. Werth<br>1725 Feedlot Rd.<br>Hays, KS 67601 | 2/16/2010 | 1966 Ford Pickup<br>$500.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| John & Marcy Allenbaugh<br>3707 Fairway Dr.<br>Hays, KS 67601 | 502 | Prudential Life Insurance Policy<br># 38 473 088<br>$8,347.32 |
| John & Marcy Allenbaugh<br>3707 Fairway Dr.<br>Hays, KS 67601 | 12/17/2009 | 2009 Chrysler Town & County Van<br>$32,350.00 |
| John & Marcy Allenbaugh<br>3707 Fairview Dr.<br>Hays, KS 67601 | 12/18/2009 | 2008 Ford F150<br>$21,421.00 |

   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.2-745 - 32442

### 13. Setoffs

None ☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Sunflower Bank, N.A.<br>2090 S. Ohio<br>Salina, KS 67402-0800 ☐ | 11/2009 to 2/2010 | 652,018.35<br>(Unknown Total Amount) |

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Linweld<br>P.O. Box 607<br>Hays, KS 67601 | Propane Tanks & Welding Tanks | 500 Commerce Parkway<br>Hays, KS 67601 |
| Pepsi Bottling Company Inc.<br>1860 E. 8th<br>Hays, KS 67601 | Vending Machine | 500 Commerce Parkway<br>Hays, KS 67601 |
| Coca Cola Enterprises<br>1310 N. Cathedral<br>Victoria, KS 67671 | Vending Machines | 500 Commerce Parkway<br>Hays, KS 67601 |
| Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285 | Postage Machine | 500 Commerce Parkway<br>Hays, KS 67601 |
| Clems<br>P.O. Box 1501<br>Hays, KS 67601 | Trash Dumpsters | 500 Commerce Parkway<br>Hays, KS 67601 |
| Moeder Oil<br>P.O. Box 653<br>Great Bend, KS 67530 | Propane Tank | 500 Commerce Parkway<br>Hays, KS 67601 |
| Unifirst Corp<br>1924 Jumper Rd<br>Salina, KS 67401 | Uniforms, Lockers, Bins, Rags, Towels, Aprons, Mop heads & rugs | 500 Commerce Parkway<br>Hays, KS 67601 |
| Culligan of Hays<br>2735 Augusta Lane<br>Hays, KS 67601 | 5 Gallon RO Tank | 500 Commerce Parkway<br>Hays, KS 67601 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| JR's Snacks & Vending<br>318 E. 11th Street<br>Hays, KS 67601 | Vending Machines | 500 Commerce Parkway<br>Hays, KS 67601 |
| Globe Gas Corp<br>5843 Paramount Blvd.,<br>Long Beach, CA 90805 | Propane Tank | 7520 W. Monroe Street<br>Paramount, California 90723 |

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☒ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None ☐ a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Gittings & Graf, LLP<br>12443 Lewis Street, Suite 102<br>Garden Grove, CA 92840 | 2008 & 2007 Tax Returns & Qrt Reports |
| Allen, Gibbs & Houlik, L,C<br>301 N. Main St. Ste, 1700<br>Wichita, KS 67202 | 3rd Qtr 2009 |
| Judy Hull - Employee<br>A-1 Plank & Scaffolding Mfg. | 14 Years |
| Jennifer Allenbaugh<br>2734 Thunderbird Drive<br>Hays, KS 67601 | |

None ☐ b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| See Above | | |

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

           NAME                                  ADDRESS

See Above

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Sunflower Bank<br>2090 S. Ohio<br>Salina, KS 67402-0800 | Various Dates |
| Bank of Hays<br>1000 W. 27th St.<br>Hays, KS 67601 | Various Dates |
| Golden Belt Bank<br>1101 E. 27th St.<br>Hays, KS 67601 | Various Dates |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 12/21/2009 | Daniel R. Duckwall - Duckwall & Company LC | $716,110.71<br>Liquidation on Machinery, Lumbar, Scaffold, Tabla, Finished Goods, Shoring, Rental Inventory |
| 9/30/2009 | Jennifer Allenbaugh | Actual Dollar Value<br>$6,664,924.56 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Dwight Allenbaugh<br>1530 Smoky Hill River Rd.<br>Hays, KS 67601 | President | 17.647059% |
| Jennifer Allenbaugh<br>2734 Thunderbird Drive<br>Hays, KS 67601 | Treasurer | 17.647059% |
| John D. Allenbaugh<br>2707 Fairway<br>Hays, KS 67601 | Chairperson | 32.352941% |
| Marcy Allenbaugh<br>3707 Fairway<br>Hays, KS 67601 | Vice President | 32.352941% |

### 22. Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒ If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

### 24. Tax Consolidation Group

None ☒ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

### 25. Pension Funds

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

401 (K) Plan  
Single Employer Plan

48-1146261

\* \* \* \* \*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 32442

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  3/4/2010                Signature  /s/ Dwight Allenbaugh

DWIGHT ALLENBAUGH,
President

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

__0__ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X_____                                 _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*