IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                      )
                                            )
A-1 PLANK & SCAFFOLD MFG, INC.,             )   Case No. 10-10379
                                            )   Chapter 11
                    Debtor.                 )
                                            )

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE
## PURSUANT TO BANKRUPTCY RULE 2002(g)

COMES NOW J. Michael Morris, of Klenda, Mitchell, Austerman & Zuercher, L.L.C., and hereby enters his appearance in this bankruptcy proceeding as attorney on behalf of the Unsecured Creditors' Committee, and pursuant to Bankruptcy Rule 2002(g) requests that all notices given in the above-captioned case also be sent to the following:

J. Michael Morris
Klenda, Mitchell, Austerman & Zuercher, L.L.C.
1600 Epic Center, 301 N. Main
Wichita, Kansas 67202-4888
jmmorris@kmazlaw.com

Dated: March 24, 2010.

                                    _s/ J. Michael Morris_
                                    J. Michael Morris #09292
                                    KLENDA, MITCHELL, AUSTERMAN
                                        & ZUERCHER, L.L.C.
                                    301 N. Main, Suite 1600
                                    Wichita, Kansas 67202-4888
                                    Telephone: (316) 267-0331
                                    Facsimile: (316) 267-0333
                                    jmmorris@kmazlaw.com
                                    Attorney for Unsecured Creditors' Committee

423623